# Court of Appeals
# of the State of Georgia

ATLANTA, May 22, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1844. ALEGRIA v. THE STATE.**

Appellant has filed a motion to remand this case to the trial court so that the trial transcript can be filed and included in the appellate record. The motion is hereby GRANTED. When the appellate record is prepared and filed, the matter may then be transmitted to and re-docketed with the Court of Appeals. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/22/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*